# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL BREITBARD,<br><br>            Petitioner,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, Warden,<br><br>            Respondent. | Case No. CV 20-0004 JAK (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Motion to Dismiss, Petitioner's Response, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Based on the foregoing review, the Court agrees with, accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the Motion to Dismiss is granted. The Petition is denied and Judgment shall be entered dismissing this action without prejudice.

\\

\\

1  \\
2        IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the
3  Judgment herein on Petitioner at his current address of record and on counsel for
4  Respondent.

6        DATED: August 4, 2020

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

2